# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **CONSUMER FOOD SERVICES, L.L.C.**, **CRAWFORD GROUP LLC**, **JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, | CASE NO.: 20-cv-1640-FB-RER |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Plaintiff, SEMYON GRINBLAT, and the attorneys for Defendants, CONSUMER FOOD SERVICES, L.L.C. and CRAWFORD GROUP LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims, and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court will retain jurisdiction over any violations of the settlement agreement and the causes of action brought in Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: July 17, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
SEMYON GRINBLAT

Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: July 17, 2020

_____
Jeffrey Rubinstein, Esq.

Attorneys for Defendants
CONSUMER FOOD SERVICES, L.L.C. and CRAWFORD GROUP LLC

Goetz, Schenker, Blee & Wiederhorn
101 Greenwich Street, 20th Floor
New York, NY 10006
Tel: (212) 363-6900
Fax: (212) 363-1090
Email: JRubinstein@gsbwlaw.com

**SO ORDERED:**

 /S/  Frederic Block   7/17/20
Frederic Block,
U.S. District Court Judge

2